# EXHIBIT A

# CERTIFICATE OF REGISTRATION

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

OFFICIAL SEAL

**FORM VA**
UNITED STATES COPYRIGHT OFFICE
REGISTRATION NUMBER

VA 807-365

EFFEC SEP. 0 5 1996
Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼  
Collection of woodcraft patterns #35

NATURE OF THIS WORK ▼ See instructions  
Catalog #35 woodworking patterns

PREVIOUS OR ALTERNATIVE TITLES ▼  
The Winfield Collection #CYD 70, #XC6, #XC7, TGYD 7, WC4, WC5, WC6

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼  
see continuation sheet

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2 a** NAME OF AUTHOR ▼  
The Winfield Collection (employer) for hire of Mike L. Easter

DATES OF BIRTH AND DEATH  
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  
☑ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE  
Name of Country  
OR { Citizen of ▶ United States  
     Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK  
Anonymous?   ☐ Yes ☑ No  
Pseudonymous?   ☐ Yes ☑ No  
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions  
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing  
☑ 2-Dimensional artwork   ☑ Photograph   ☑ Text  
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work  
☐ Design on sheetlike material

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH  
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  
☐ Yes   ☐ No

AUTHOR'S NATIONALITY OR DOMICILE  
Name of Country  
OR { Citizen of ▶  
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK  
Anonymous?   ☐ Yes ☐ No  
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP Check appropriate box(es). See Instructions  
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing  
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text  
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work  
☐ Design on sheetlike material

**3 a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED This information must be given  
1996 ◀ Year in all cases.

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK Complete this information ONLY if this work has been published.  
Month ▶ 08   Day ▶ 12   Year ▶ 96  
USA ◀ Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼  
The Winfield Collection  
112 E. Ellen St.  
Fenton, MI 48430-2197

APPLICATION RECEIVED  
SEP 05 1996  
ONE DEPOSIT RECEIVED  
SEP 05 1996  
TWO DEPOSITS RECEIVED  
REMITTANCE NUMBER AND DATE

TRANSFER If the claimant(s) named here in space 4 are different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶ • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.  
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE  
Page 1 of ___ pages

\* Refers to Form VA/CON.

EXAMINED BY JT/T

CHECKED BY

☐ CORRESPONDENCE Yes

FORM VA

FOR COPYR OFFI USE ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a & 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See Instructions before completing this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
All text and artwork of new patterns as listed on "1"

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼      Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Michael Lee Easler
112 E. Ellen St.
Fenton, MI 48430

Area Code & Telephone Number ▶ (810) 629-7712

Be sure to give your daytime phone number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
Check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of ___The Winfield Collection___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael Lee Easler      date ▶ 8-29-96

Handwritten signature (X) ▼
Michael L Easler

MAIL CERTIFI-CATE TO

Name ▼
The Winfield Collection
Number/Street/Apartment Number ▼
112 E. Ellen St.
City/State/ZIP ▼
Fenton, MI 48430

Certificate will be mailed in window envelope

• Complete all necessary spaces
• Sign your application in space 8
1. Application form
2. Nonrefundable $20 filing fee in check or money order payable to Register of Copyrights
3. Deposit material
Register of Copyrights
Library of Congress
Washington, D.C. 20559

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

May 1991—150,000      ☆U.S. GOVERNMENT PRINTING OFFICE: 1991-282-170/20,018

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM _VA_/CON

UN
=
RE  VA 807-365

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA **only**. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have space enough for all the information you need to give on the basic form, use this continuation sheet and submit it with the basic form.
- If you submit this continuation sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Part A of this sheet is intended to identify the basic application.
  Part B is a continuation of Space 2.
  Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on the basic form call for specific items of information and should not need continuation.

PA PAU SE SEG SEU SR SRU TX TXU (VA) VAU

EFFECTIVE DATE OF REGISTRATION

**SEP 0 5 1996**

(Month) (Day) (Year)

CONTINUATION SHEET RECEIVED
SEP 0 5 1996

Page _3_ of _4_ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Collection of Woodcraft patterns #35 - Catalog #35 - woodworking patterns.

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form.)

The Winfield Collection  112 E. Ellen St. Fenton, MI 48430.

**B** — Continuation of Space 2

**d**
NAME OF AUTHOR ▼
The Winfield Collection (employer) for hire of Mike L. Easler

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
2-dimensional artwork, text and photographs

**e**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f**
NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?  ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form.

CONTINUATION OF (Check which):  ☒ Space 1   ☐ Space 4   ☐ Space 6

**C** Continuation of other Spaces

CYD 72
CYD 71
CYD 73
CYD 77
WC 3
CYD 74
SIGN 15
CYD 78
CYD 75
CYD 79
CYD 76
WC 2
WC 1
WC 16
WC 11
WC 17

# CONTINUATION SHEET
# FOR APPLICATION FORMS

FORM __VA__/CON

UN
RE  VA 807-365

- This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA **only**. Indicate which basic form you are continuing in the space in the upper right-hand corner.
- If at all possible, try to fit the information called for into the spaces provided on the basic form.
- If you do not have space enough for all the information you need to give on the basic form, use this continuation sheet and submit it with the basic form.
- If you submit this continuation sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.
- Part A of this sheet is intended to identify the basic application.
  Part B is a continuation of Space 2.
  Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6. The other spaces on the basic form call for specific items of information and should not need continuation.

PA PAU SE SEG SEU SR SRU TX TXU (VA) VAU

EFFECTIVE DATE OF REGISTRATION

**SEP 0 5 1996**
(Month)  (Day)  (Year)

CONTINUATION SHEET RECEIVED
**SEP 0 5 1996**

Page __3__ of __4__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A — Identification of Application

IDENTIFICATION OF CONTINUATION SHEET: This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
- TITLE: (Give the title as given under the heading "Title of this Work" in Space 1 of the basic form.)

Collection of woodcraft patterns #35 — Catalog #35 woodworking patterns.

NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S): (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form.)

The Winfield Collection   112 E. Ellen St. Fenton, MI 48430

## B — Continuation of Space 2

**d** NAME OF AUTHOR ▼ The Winfield Collection (employer for hire of Mike L. Easler)

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ United States
     Domiciled in ▶ United States

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☑ No
Pseudonymous?  ☐ Yes ☑ No
If the answer to either of these questions is "Yes" see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼
2-dimensional artwork, text and photographs

**e** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

**f** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
     Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?     ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No

NATURE OF AUTHORSHIP Briefly describe nature of the material created by the author in which copyright is claimed. ▼

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form.*

| CONTINUATION OF (Check which): | ☒ Space 1 | ☐ Space 4 | ☐ Space 6 |
|---|---|---|---|

**C** Continuation of other Spaces

CYD 72
CYD 71
CYD 73
CYD 77
WC 3
CYD 74
SIGN 15
CYD 78
CYD 75
CYD 79
CYD 76
WC 2
WC 1
WC 16
WC 11
WC 17





## 16 YARD NATIVITIES

Order Anytime
1-800-946-3435

Our attractive **NATIVITY SCENE** will make your yard the highlight of the holidays!

Available in 2 sizes for both large and small yards!



Our unique Nativity Scene is an eyecatching project you can proudly display in your yard year after year. Easy to make from our full size patterns. Complete painting and mounting instructions plus stable plans are included with both sizes.

**Large Nativity Scene** is scaled two thirds life-size (standing King 48" tall) #NATC...$39.95
**Small Nativity Scene** is scaled one third life-size (standing King 24" tall) #NATC2...$17.95



NEW!

**#CYD72...Silent Night**
Half the beauty of this eyecatching yard display is in the simplicity of it's design. This six piece, self standing project features tab & slot construction, no detail painting and can be completed on a weekend. (49" tall) $12.95



**TRANSFER** patterns onto wood with our transfer paper. Eight 18" x 24" sheets #CARB...$5.95



Sabre saw blades for smooth cutting of plywood. Easily turn tight corners. 2 blade pack. #SBZ720...$2.85

**ADD LINES** to woodcraft projects without the mess of a brush. Black Paint Pen (medium point) #PPENM...$3.00

---

## CHRISTMAS PROJECTS 17

See Pages 56-59 for supplies.



A jolly ho-ho-ho hangs from his hands.
**#CH145...Ho Ho Santa** (29" tall)...$7.95



NEW!

**#CYD4...Toy Soldiers** (2' & 3' tall)...$4.95



**#CYD66...Holiday Traffic Signs**
Make sure Santa doesn't pass you by! Full size pattern for a 23" tall elf and four 8" signs...$6.95







Get into the spirit of the Holidays by counting down the days till Christmas. Simply turn the wheels on the back of this clever design to change the numbers. Full size pattern with complete instructions is available in two sizes.
**#XCS** (9" tall x 17" wide)...$6.95
**#CYD69** (36" tall x 47" wide)...$11.95



**#CYD9 Outdoor Countdown**

Countdown to Christmas

