# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| THE WINFIELD COLLECTION, LTD, <br><br> Plaintiff, <br><br> vs. <br><br> ABOVE AND BEYOND, INC, and MICHAEL CHAKLOS, jointly and/or severally, <br><br> Defendants. | Case No. 2:17-cv-10559 <br> Hon. Judge Robert H. Cleland |

| | |
|---|---|
| JOHN T. HERMANN  (P-52858) <br> Attorney for Plaintiff/Ctr-Defendant <br> 2684 West Eleven Mile Road <br> Berkley, MI 48072 <br> (248) 591-9291 | DAVID A. WELLING <br> Attorney for Defendant/Ctr-Plaintiff <br> 55 S. Miller Rd., Ste. 203, <br> Fairlawn, Ohio 44333 <br> (330) 865-4949 |

## **NOTICE OF NEW CONTACT INFORMATION**

Please note that pursuant to LR 11.2, the undersigned is hereby notifying all counsel of record of the following new contact information for Plaintiff's counsel:

John T. Hermann (P-52858)
2684 West Eleven Mile Road
Berkley, MI 48072
(248)591-9291
Email: Hermannlawoffices@comcast.net

Dated: July 28, 2017                s/ John T. Hermann
                                                JOHN T. HERMANN  (P-52858)
                                                Attorney for Plaintiff /Counter-Defendant
                                                2684 West Eleven Mile
                                                Berkley, MI 48072
                                                (248) 591-9291

## CERTIFICATE OF COMPLIANCE

Pursuant to E.D. Mich. LR 5.1(a) I hereby certify that the foregoing has been prepared using one of the font and point selections approved by the Court in E.D. Mich. LR 5.1(a)(3). This document was prepared using Times New Roman (14 pt.).

Dated: July 28, 2017          s/ John T. Hermann
                              JOHN T. HERMANN  (P-52858)
                              Attorney for Plaintiff /Counter-Defendant
                              2684 West Eleven Mile
                              Berkley, MI 48072
                              (248) 591-9291

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court with the ECF system which will send notification of each filing to the following:

David A. Welling, Esq.

Dated: July 28, 2017          s/ John T. Hermann
                              JOHN T. HERMANN  (P-52858)
                              Attorney for Plaintiff /Counter-Defendant
                              2684 West Eleven Mile
                              Berkley, MI 48072
                              (248) 591-9291